UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas Corporation,<br><br>Plaintiff in Interpleader,<br><br>vs.<br><br>JOEY MUA, an individual; LILLIAN MUA, an individual; YOUA LEE, individually and as Guardian ad Litem for C.A.M., a minor, and E.K.M., a minor; and MAINHIA VUE, an individual,<br><br>Defendants in Interpleader. | Case No. 1:22-cv-00075-DAD-EPG<br><br>ORDER APPROVING STIPULATION RE:<br><br>(1) DEPOSIT OF INTERPLEADER FUNDS;<br><br>(2) DISCHARGE, DISMISSAL, AND RELEASE OF PLAINTIFF LIFE INSURANCE COMPANY OF THE SOUTHWEST; AND<br><br>(3) AWARD OF ATTORNEYS' FEES TO PLAINTIFF LIFE INSURANCE COMPANY OF THE SOUTHWEST<br><br>(ECF No. 17) |

The Court, having considered, *see* Local Rule 302(c)(6), the stipulation (ECF No. 17) filed by Plaintiff in Interpleader LIFE INSURANCE COMPANY OF THE SOUTHWEST ("LSW") and Defendants in Interpleader JOEY MUA ("Joey"), LILLIAN MUA ("Lillian"), YOUA LEE ("Lee") and MAINHIA VUE (Vue") (collectively "Defendants"), and finding good cause therefor, hereby Orders as follows:

///

1

(1) The Court finds this interpleader action was properly filed by LSW, and brought in good faith and without collusion with any of the Defendants;

(2) Defendant Vue's Counterclaim against LSW is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii), (c).  And the Clerk of Court is directed to terminate Vue as a Counter Claimant and LSW as a Counter Defendant from the docket;

(3) LSW shall be awarded the amount of $8,122.60, constituting its attorneys' fees and costs incurred in bringing this action.  This amount shall be paid out of the Interpleader Funds prior to deposit of those funds with the Court;

(4) LSW shall deposit in the Court's Registry pursuant to Local Rule 150 the Interpleader Funds of $265,924.36, plus applicable interest, less the attorneys' fees and costs of $8,122.60 awarded to LSW;

(5) Upon deposit of the Interpleader Funds by LSW with the Court, LSW shall be discharged and released from any and all further liability under the Policy as to each Defendant and any person claiming by, through or under them, and LSW shall be dismissed with prejudice from this action. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).  Accordingly, upon LSW's deposit of the Interpleader funds, the Clerk of Court is directed to terminate LSW as a Plaintiff in Interpleader in this action; and,

(6) Upon deposit of the Interpleader Funds by LSW with the Court, each Defendant, their agents, attorneys, and representatives and all persons claiming by, through, or under them, shall be enjoined and restrained from instituting or prosecuting any suit or proceeding or any action or actions in any state court or federal court against LSW or any of its agents on account of or relating to the Policy and/or the Policy death benefit during the pendency of this action and permanently thereafter.

IT IS SO ORDERED.

Dated: **June 14, 2022**              /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE