ADEPT LAW FIRM
JOSEPH S. FOGEL [SBN 156746]
E-mail: joe@adeptlawfirm.com
4500 Park Granada, Suite 202 F
Calabasas, California 91302-1666
telephone      (818) 986-7100

*Attorneys for Defendants-in-Interpleader*
   JOEY MUA, LILLIAN MUA, YOU LEE,
      individually and as *GAL* for CAM, and
   EKM, minors

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE INSURANCE COMPANY OF THE SOUTHWEST, a Texas Corporation | Case No.   1:22-cv-00075-ADA-EPG |
| Plaintiff, | STIPULATION RE: SETTLEMENT AND PROPOSED ORDER |
| vs. | |
| JOEY MUA, an individual; LILLIAN MUA, an individual, YOUA LEE, individually and as *Guardian ad Litem* for CAM, a minor, EKM, a minor; and MAINHIA VUE, an individual; | Ctrm: 10 (6th Floor)<br><br>Hon. Ana de Alla, Presiding<br>Magistrate Judge: Hon. Erica P. Grosjean |
| | NO APPEARANCES REQUESTED |
| Defendants-in-Interpleader | |

COMES NOW, the remaining parties, by and through their attorneys of record, to make this Stipulation re: Settlement.

The two sides of this interpleader complaint consist of *Defendants-in-Interpleader* JOEY MUA, an individual; LILLIAN MUA, an individual, YOUA LEE, individually and as *Guardian ad Litem* for CAM, a minor, and EKM, a minor, (collectively "MUA Family") and *Defendant-in-Interpleader* MAINHIA VUE, an individual.

Plaintiff LIFE INSURANCE COMPANY OF THE SOUTHWEST, ("LSW") has previously deposited the disputed funds with the Court, and been dismissed (Dckt. #18, Order

of Dismissal of Life Insurance Company of The Southwest, and Dckt. # 19, deposit of funds, June 28, 2022.)

The two remaining sides to this case have reached a settlement of the entire matter, at the private mediation on December 1, 2022.  The settlement provides for the full distribution of the funds held by the Court and a dismissal of this action in its entirety.  The settlement includes parties that are minors and their counsel will bring an Application for Approval of the Minor's Compromise, brought on that part of the settlement, seeking approval and completion of the matter.

This settlement provides for the rights asserted by the insured's wife MAINHIA VUE, to a community property interest in part of the policy, and the intentions of the insured, as expressed in the earlier Beneficiary Designation that has been filed with the Court as part of the insurance company's Interpleader Complaint.

The settlement calls for the Court to distribute $115,000 of the total funds on deposit with the Clerk to the benefit of *Defendant-in-Interpleader* MAHAINA VU, through her attorneys of record, Bruce Hendricks, Berliner Cohen, LLP, 548 West 21st St., Merced, California 95340 telephone (209) 385-0700.  The payment should be made payable to the "Berliner Cohen LLP Attorney Client Trust Account" and mailed to that office address.

The remaining funds shall be paid the benefit of the four other *Defendants-in-Interpleader* of the Mua Family.  *Defendant-in-Interpleader* Joey Mua and *Defendant-in-Interpleader* Lillian Mua are to receive each 25% of the remaining funds, through their attorney of record, with the check made payable to "Adept Law Firm, Attorney Client Trust Account" sent to Joseph S. Fogel, Adept Law Firm, 4500 Park Granada, Suite 202 F, Calabasas, CA 91302-1663 telephone (818) 986-7100.  This payment shall be a total of 50% of the remaining funds.

The other 50% of the remaining funds shall be paid for the benefit of *Defendants-in-Interpleader* CAM, a minor (25%) and EKM, a minor (25%).  Adept Law Firm, attorneys for these two minors, will file a minor's compromise with this Court, for an order that the minor's net recovery be deposited into a blocked account for the benefit of each minor.

After the completion of the distribution of the funds from the Court, the sides will stipulate for the case to be dismissed in its entirety.

It is so stipulated.

                                            Respectfully submitted,

DATED: December 14, 2022          ADEPT LAW FIRM

By: *Joseph S. Fogel* /s/
JOSEPH S. FOGEL
*Attorney for Defendants-in-Interpleader*
JOEY MUA, an individual; LILLIAN MUA, an individual, YOUA LEE, individually and as *Guardian ad Litem* for CAM, a minor, and EKM, a minor, ( collectively "MUA parties").

                                            Respectfully submitted,

DATED: December 14, 2022          BERLINER COHEN, LLP

By: *Bruce Hendricks*/s/
BRUCE HENDRICKS
*Attorney for Defendant-in-Interpleader*
MAINHIA VUE