UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE INSURANCE COMPANY OF THE SOUTHWEST,<br><br>                Plaintiff in Interpleader,<br><br>   v.<br><br>JOEY MUA, et al.,<br><br>               Defendants in Interpleader | Case No.   1:22-cv-00075-ADA-EPG<br><br>ORDER REQUIRING STATUS REPORT<br><br>(ECF No. 37) |

       This is an interpleader action concerning the disbursement of funds from a life insurance policy. The parties have reached a settlement, and Defendant Youa Lee, who is the state-appointed Guardian of Minor Defendants C.A.M. and E.K.M., has filed three applications for approval of minors' settlement, which have all been denied without prejudice based on Lee's failure to first obtain state court approval of the settlement as required by Local Rule 202(b)(1). (*See* ECF Nos. 32-37).

       The latest application was denied on April 27, 2023, and there have been no filings in this case since then. (ECF No. 37). To ensure that this case appropriately progresses, the Court will require the parties to file a joint status report.

\\\

\\\

\\\

1

Accordingly, IT IS ORDERED that, by no later than June 30, 2023, the parties shall file a joint status report regarding their plan for the disposition of this case, including whether Lee has obtained or is in the process of obtaining state court approval of the minors' proposed settlement and an estimated date by which such approval will be obtained.

IT IS SO ORDERED.

Dated:   **June 21, 2023**                                   /s/ Erica P. Grosjean
                                                                                  UNITED STATES MAGISTRATE JUDGE