UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE INSURANCE COMPANY OF THE SOUTHWEST,<br><br>    Plaintiff in Interpleader,<br><br>v.<br><br>JOEY MUA, et al.,<br><br>    Defendants in Interpleader | Case No.   1:22-cv-00075-ADA-EPG<br><br>ORDER SEALING STATE COURT ORDER AND VACATING HEARING<br><br>(ECF No. 44) |

This is an interpleader action concerning the disbursement of funds from a life insurance policy. The parties have reached a settlement, and Defendant Youa Lee, who is the state-appointed Guardian of Minor Defendants C.A.M. and E.K.M., has filed three applications for approval of minors' settlement, which have all been denied without prejudice based on Lee's failure to first obtain state court approval of the settlement as required by Local Rule 202(b)(1). (*See* ECF Nos. 32-37). This matter is now before the Court on Plaintiff's fourth application for approval of minors' settlement. (ECF No. 44).

Upon review, the Court will seal the state court order attached to the application and vacate the hearing noticed for September 8, 2023, at 2 p.m. before District Judge Ana de Alba.

On July 24, 2023, Lee filed a status report, informing the Court that the state court had approved the minors' settlement and generally asking how to proceed. (ECF No. 40). The Court directed Lee to the latest order from the presiding District Judge, which denied her third

1

application and stated as follows: "Defendant Lee is granted leave to file a new application, complete and without reference to her previous applications or supplement, fully complying with the Court's Local Rules and all other applicable law following state approval of the proposed settlement." (ECF No. 37, p. 2). Besides directing Lee to file a new application in compliance with the applicable law, the Court noted some miscellaneous issues in her status report.

Pertinent here, the state court order attached to the status report contained confidential information, *e.g.*, the unredacted names of the minors and the full birthdate for E.K.M. *See* Fed. R. Civ. P. 5.2(a)(2)-(3). While state court records can, in certain circumstances, be exempt from the redaction requirement, it was not clear that such circumstances applied here. *See* Fed. R. Civ. P. 5.2(b). Accordingly, the Court directed the Clerk of Court to seal the joint status report and for Lee to file either (1) a properly redacted version of the state court order for the record along with her anticipated application for approval of the Minors' settlement, or (2) some explanation in the application for why confidential information in the state court order should not be redacted.

However, Lee has attached the unredacted version of the state court order to her new application without an explanation why the information should not be redacted. Accordingly, the Court will direct the Clerk of Court to seal the state court order. (ECF No. 44-1).

Based on the above, IT IS ORDERED as follows:

1. The hearing in this matter set before District Judge Ana de Alba on September 8, 2023, at 2:00 p.m., is vacated. (ECF No. 44). The Court will address the application based on the written submission.
2. The Clerk of Court is directed to seal the state court order attached as an exhibit to the application (ECF No. 44-1).

IT IS SO ORDERED.

Dated:   **August 15, 2023**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2