UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LIFE INSURANCE COMPANY OF THE SOUTHWEST,

Plaintiff in Interpleader,

v.

JOEY MUA, et al.,

Defendants in Interpleader

Case No. 1:22-cv-00075-NODJ-EPG

ORDER REGARDING STIPULATION OF DISMISSAL

(ECF No. 48)

This is an interpleader action concerning the disbursement of funds from a life insurance policy. The parties reached a settlement, and on October 18, 2023, then presiding District Judge Ana de Alba adopted the Court's findings and recommendations to approve the settlement as to the minor parties in this case. (ECF Nos. 47, 48).

Among other things, the order directed the distribution of funds from the Court's registry and ordered "[t]he parties . . . to file a stipulation of dismissal within thirty days of the disbursement of the funds." (ECF No. 48, p. 3). According to the Court's Financial Department, the payments at issue were processed in November 2023.

\\\

\\\

\\\

\\\

Given these circumstances, IT IS ORDERED as follows:

1. By no later than February 9, 2024, the parties shall file a stipulation of dismissal to close this case.
2. Alternatively, if the parties believe they are unable to file a stipulation of dismissal by February 9, 2024, they shall file a joint status report by this date, reporting whether the funds have been disbursed and addressing the steps they intend to take to close this case.

IT IS SO ORDERED.

Dated: **January 19, 2024**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE