UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIFE INSURANCE COMPANY OF THE SOUTHWEST,<br><br>　　　　　Plaintiff in Interpleader,<br><br>　　v.<br><br>JOEY MUA, et al.,<br><br>　　　　　Defendants in Interpleader | Case No. 1:22-cv-00075-NODJ-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 52). |

　　　　On February 20, 2024, the parties filed a stipulation dismissing this action with prejudice. (ECF No. 52). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice.

　　　　Accordingly, the Clerk of Court is respectfully directed to assign a District Judge to this case for the purposes of closing the case, and then to close the case.

IT IS SO ORDERED.

Dated:　**February 21, 2024**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1